STATE OF NEW JERSEY v. LEROY WIGGINS.

May 4, 1976. Cross-petition for certification denied.

STATE OF NEW JERSEY v. MC KENZIE HOWARD.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. THEODORE DILLEY.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CESSY MORRIS.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. BERNARD RUDOLPH.

May 4, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM HARRISON.

May 4, 1976. Petition for certification denied.